No. 3673.—TRAVERSO LUGO, apdo., *v.* ORONOZ & CÍA., S. EN C., aplte.—C. D. Aguadilla. Dic. 11, 1925. Tercería bienes muebles. Apareciendo que la reclamación se originó en la Corte Municipal de San Sebastián montante a la suma de $70.02, por cuya suma fué dictada sentencia y apelada ésta a la corte de distrito se dictó de nuevo sentencia por el mismo montante declarando el derecho preferente del demandante a cobrar dicha suma, la que a su vez fué apelada para ante esta Corte Suprema, visto el artículo 295, inciso 2, del Código de Enjuiciamiento Civil, enmendado según la ley de 9 de marzo de 1905, página 213, y la jurisprudencia aplicable: *se declara* con lugar la moción y se desestima el recurso por falta de jurisdicción.

No. 3815. — CARRIÓN, aplte., *v.* CORTE MUNICIPAL DE SAN JUAN, SECCIÓN PRIMERA, apda.—C. D. San Juan, Dic. 15, 1925. Desestimado el recurso por no haberse notificado el escrito de apelación al Juez de la Corte Municipal de San Juan.

No. 3811.—ARABÍA, apda., *v.* SEGUNDO, aplte.—C. D. San Juan. Cobro de dinero. Dic. 18, 1925. A la moción de la parte apelada solicitando la desestimación del recurso; examinado el párrafo *b* de la sección 3 de la ley para reglamentar las apelaciones de las sentencias contra las cortes municipales de 1908, tal como quedó enmendado por la ley No. 93 de 1917, promulgada en 31 de marzo de 1919, no siendo apelable la resolución de que se trata, *se desestima* el recurso.